JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

HARLEY FRANCO, an individual,

Plaintiff,

v.

ROBERT J. STEMLER, an individual; WILLIAM H. COLLIER, an individual; and DOES 1 through 12, inclusive,

Defendants.

Case No. 8:25-cv-00086-MWF (DMKx)

**ORDER GRANTING PLAINTIFF HARLEY FRANCO AND DEFENDANTS ROBERT STEMLER AND WILLIAM H. COLLIER'S JOINT STIPULATION PURSUANT TO FED. R. CIV. PRO. 41(a)**

The Court has considered the Joint Stipulation of Plaintiff HARLEY FRANCO and Defendants ROBERT STEMLER and WILLIAM H. COLLIER under Federal Rule of Civil Procedure 41(a).  (Docket No. 51).  For good cause shown, IT IS ORDERED that this action is DISMISSED with prejudice as to all claims, causes of action against Defendants ROBERT STEMLER and WILLIAM H. COLLIER, with each party bearing that party's own attorney's fees and costs.

Dated: May 28, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge

1